MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                            ) Chapter 7
                                                  )
ERIC J. LECHNER AND KRISTIN DYER,                 ) Bankruptcy No.: 10-56767
                                                  )
                                                  ) Date: January 14, 2011
                                                  ) Time: 2 p.m.
                                                  ) Place: 3020
                  Debtors.                        )
_____                 ) HON. ARTHUR S. WEISSBRODT

**DECLARATION OF KRISTIN DYER IN OPPOSITION TO
MOTION TO DISMISS**

I, Kristin Dyer, declare:

1.    I am one of the debtors in this proceeding. I have personal knowledge of the matters addressed herein.

2.    I believe that early childhood education for my daughter is a priority for our family. The U.S. Department of Education, under the "No Child Left Behind" act, recognizes the importance of school readiness in the success of elementary school students. A department publication, "Serving Preschool Children Under Title 1," published in March of 2004, references the following studies: A longitudinal study of over 800 children (Cost, Quality, and Outcomes, 1999) found that children in high-quality early childhood programs displayed better language and mathematics skills, acquired more cognitive and social skills, and engaged in better relationships with classmates than did children who attended

low-quality preschool programs.

An evaluation of the Chicago Child-Parent Centers found that children who participated in their Title I preschool programs were less likely to repeat a grade and be referred for special education compared to children in the control group who were from similar socioeconomic backgrounds (Reynolds, 2000). In the publication the department recognizes "high quality preschool programs," and notes how they are different, both in structure and results, from home care and lower quality programs.

The state of California recognizes the state's responsibility to provide high quality preschool programs for all of its residents in the First 5 California program. This program is implemented individually by county according to both need and finances available to that county to realize First 5 California's goals of school readiness for all incoming kindergardeners. First 5 California states their goals based on the National Education Goals Panel's recommendation here, at their website:

http://www.first5california.com/Help/abc.asp

While the state and national governments recognize that all children should have high quality preschool experiences to ready them for the transition to elementary school, funding is only provided for the schooling of under-priveledged children based on the assumption that most middle class and higher parents will provide this education on their own resources.

First 5 California states their intentions here:

http://www.first5california.com/Help/preschool.asp.

Specifically:  Research also shows that families and communities benefit as well when children participate in quality preschool programs. Here's a snapshot of what we know:
- ● The brain develops rapidly during the first five years and quality preschool programs can have a profound impact during this time.
- ● Children who attend a quality preschool do better in elementary school and beyond, and have more success in reading and math.
- ● As they grow, children who attended preschool are more likely to graduate from high school and find good jobs, and less likely to be involved in crime.
> ● Preschool saves taxpayers money. Investing in preschool programs benefits society in the long-term in the form of reduced crime costs, welfare dependency and economic losses.

In July 2003, First 5 California invested $100 million in its voluntary Power of Preschool Program, leading efforts to help make sure that all children in California have equal access to quality preschool programs. The program's goal is to increase the number of high-quality preschool spaces for children in California, while at the same time providing demonstration projects in different parts of the state to help guide efforts to create a statewide preschool system.

First 5 Power of Preschool (PoP) is a high-quality, free, voluntary, part-day preschool program for all 4-year-olds (or 3- and 4-year-olds). The program assists children in becoming personally, socially, and physically competent, effective learners, and ready to transition into kindergarten. The long-term goal is to implement California's Master Plan for Education Preschool Recommendations (2002). The foundation for PoP was established by the First 5 School Readiness Program, by California's Master Plan for Education (2002) and by the Universal Preschool Task Force Report (1998).

The county of Santa Cruz implements the goals of First 5 California by funding Head Start, Early Head Start, and the State Preschool/Literacy among other programs. http://www.scccc.org/child-and-family-development/ These programs are well known for their excellence in providing preschool education; however, they have strict income guidelines that restrict them to families subsisting at the national poverty level. Head Start requires a family of four to have an income no greater than $22,050 per year. The state preschool literacy program is restricted to families of four with an income no greater than $50,256 per year.

In effect, both state and national policy recognize the effectiveness of high quality preschool education in supporting their education goals at the elementary and high school levels but they only fund such schools for low income families. The conclusion is that the government expects middle and high income families to provide such preschool education on their own using their own funds to allow their children an equal opportunity to succeed.

3. We feel it is our responsibility as parents to provide preschool education for our child and have foregone other expenditures to make it possible.

Executed this 30th day of December, 2010 under penalty of perjury.

/s/ Kristin Dyer
_____
Kristin Dyer