MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 7
)
ERIC J. LECHNER AND KRISTIN DYER, ) Bankruptcy No.: 10-56767
)
) Date: March 29, 2011
) Time: 2:15 p.m.
) Place: 3020
Debtors. )
_____ ) HON. ARTHUR S. WEISSBRODT

**DECLARATION OF ERIC LECHNER IN OPPOSITION TO MOTION TO DISMISS**

I, Eric Lechner, declare,

1. I am one of the debtors herein. I have personal knowledge of the matters herein and could competently testify thereto.

2. Our daughter Verity was born on 11/28/2006.

3. Attached hereto as Exhibit A is a recent statement from Verity's preschool.

4. As a result of this motion, my wife and I have incurred attorneys fees owing to the Moran Law Group. As of this date, the outstanding balance is approximately $6400. The obligation represents an expense that is not included within the scope of any bankruptcy discharge and therefore belongs in our budget going forward.

I declare under penalty of perjury that the foregoing is true and correct.

1 | Executed on March 4, 2011, , at Santa Cruz, California.
2 |
3 |                                    /s/ Eric J. Lechner
  |                                    ERIC LECHNER